**大成 DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

••  Salans FMC SNR Denton McKenna Long
dentons.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/9/20_____
```

May 8, 2020

<u>VIA ECF</u>

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, New York 10007

**MEMORANDUM ENDORSED**

Re:   *Williams v. Clearwater Spas, Inc.*, 20-cv-01602-GHW

Dear Judge Woods:

We represent defendant Clearwater Spas, Inc. ("Defendant") in the above-referenced matter.  We write on behalf of the parties to jointly and respectfully move the Court to adjourn the early mediation currently to take place before May 21, 2020 (Dkt. 6).  The parties also jointly and respectfully request that the Initial Pretrial Conference currently set for June 5, 2020 at 4:00 p.m. be adjourned (Dkt. 5).

Defendant further respectfully moves the Court to extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's complaint from May 18, 2020 to June 17, 2020.  Plaintiff consents to this request.  This is the second request for an extension of time to respond to Plaintiff's complaint (Dkt. 9) and the Court granted the first request (Dkt. 10).

The counsel for the parties are currently in communication regarding Plaintiff's claims and allegations, and do not believe that use of Court resources is required at this time to further their efforts to explore the voluntary dismissal of all claims.  The request is further warranted in light of the current closures and complications created by concerns over COVID-19.

We thank the Court for its courtesies and consideration.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

Application granted.  The initial pretrial conference scheduled for June 4, 2020 is adjourned to August 20, 2020 at 4:00 p.m.  The joint status letter and proposed case management plan described in the Court's February 26, 2020 order, Dkt. No. 5, are due no later than August 13, 2020.  The deadline for Defendant to answer or otherwise respond to Plaintiff's complaint is extended from May 18, 2020 to June 17, 2020.  The parties' deadline to engage in a mediation is adjourned *sine die*.
SO ORDERED.

Dated:  May 9, 2020

_____
GREGORY H. WOODS
United States District Judge