大成 DENTONS

Timothy J. Straub
Managing Associate

timothy.straub@dentons.com
D   +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

♦♦   Salans FMC SNR Denton McKenna Long
dentons.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/16/20
```

July 15, 2020

**MEMORANDUM ENDORSED**

<u>VIA ECF</u>

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, New York 10007

Re:   *Williams v. Clearwater Spas, Inc.*: Case No. 1:20-cv-1602-GHW

Dear Judge Woods:

We represent defendant Clearwater Spas, Inc. ("Defendant") in the above-referenced matter. Together with Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days.

The requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation and use of judicial resources. Once these efforts are complete, the parties promptly will file a stipulation of voluntary dismissal.

We thank the Court for its courtesies and consideration.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

---

Application denied in part and granted in part.  The initial pretrial has already been adjourned once and the deadline for Defendant to answer or otherwise respond to the Complaint has been extended three times.  Therefore, the deadline for Defendant to answer or otherwise respond to the Complaint is extended to August 10, 2020.  The Court will hold the August 20, 2020 initial pretrial conference as scheduled.  The joint status letter and proposed case management are due by August 13, 2020.
SO ORDERED.

Dated:  July 16, 2020

_____
GREGORY H. WOODS
United States District Judge